UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 9: 13-cv-81207-JIC

NATIONAL ALLIANCE FOR　　　　　　　　v.
ACCESSIBILITY, INC. et al

    Plaintiff,

vs.

BIG LOT STORES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiffs provide this Notice of Settlement, and states that Plaintiff and Defendants have reached an agreement as to the resolution of all claims against them, and anticipate submission of a joint stipulation of dismissal to the Court for approval within 20 days.

    WHEREFORE, Plaintiffs provides this Notice of the Settlement and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on April 8, 2014. We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

Respectfully submitted,

By: /s/ Daniel B. Reinfeld
W. GLENN DILL, ESQ.
Florida Bar No.: 127345
DANIEL B. REINFELD, ESQ.
Florida Bar No.: 174815
DILL & REINFELD, PLLC
18260 NE 19th Ave., Suite 202
North Miami Beach, FL 33162
Telephone: (754) 263-2063
Facsimile: (954) 628-5054
E-Mail: dan@dill-reinfeld.com

Service List

PAUL JAY GAMM
Email: pgamm@hinshawlaw.com
JULIE SCHWARTZ-KARRON
Email: JSchwartz@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
1 E. Broward Blvd., Suite 101
Fort Lauderdale, FL 33301
Tel: (954) 467-7900
Fax: (954) 467-1024